IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON SEGERS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | No. 13-2413 |
| v. | : | |
| | : | |
| SETH WILLIAMS, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW,** this __27th___ day of January, 2014:

- It is **ORDERED** that the Motion to Dismiss of Defendants District Attorney Seth Williams and ADA John Does # 1-2 (ECF No. 5) is **GRANTED** with respect to all of Plaintiff's federal claims.

- It is further **ORDERED** that Plaintiff's state claims are **DISMISSED**, without prejudice, because I decline to exercise supplemental jurisdiction over these claims.

s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:        Copies **MAILED** on _____ to: